**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- X
SHANELL DEAN, JACKIE DE LEON-WALLIN, and        :
ALLISON STORCHEVOY, individually and on behalf  :
of all others similarly situated,               :
                                            :
        *Plaintiffs*,                           :    Case No.: 25-CV-01051 (JAV)
                                            :
    -v-                                 :
                                            :
NEW YORK BLOOD CENTER, INC., and                :
MEMORIAL BLOOD CENTERS,                          :
                                            :
        *Defendant.*                           :
----------------------------------------------------------------- X

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

    Plaintiffs, Shanell Dean, Jackie De Leon-Wallin, and Allison Storchevoy, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiffs, Shanell Dean, Jackie De Leon-Wallin, and Allison Storchevoy, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

                    Respectfully submitted,

                    */s/ Andrew J. Shamis*
                    Andrew J. Shamis (NY Bar No. 5195185)
                    Leanna A. Loginov (NY Bar No. 5894753)
                    **SHAMIS & GENTILE, P.A.**
                    14 NE 1st Ave, Suite 705
                    Miami, FL 33132
                    Tel: (305) 479-2299
                    Email: ashamis@shamisgentile.com
                    Email: lloginov@shamisgentile.com

                    Samuel J. Strauss (*Pro Hac Vice* forthcoming)

Raina Borelli (*Pro Hac Vice* forthcoming)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON**
PHILLIPS GROSSMAN PLLC
405 East 50th Street
New York, New York 10022
Phone: (212) 594-5300
vmaniatis@milberg.com

David K. Lietz (*Pro Hac Vice forthcoming*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Andrew J. Shamis*
Andrew J. Shamis